NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTWAN D. JOHNSON,                    )
                                      )
       Appellant,            )
                                      )
v.                                    )          Case No. 2D17-4573
                                      )
STATE OF FLORIDA,                     )
                                      )
       Appellee.             )
_____ )

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil Roddenberry, Judge

PER CURIAM.

       Affirmed.

CASANUEVA, CRENSHAW, and BLACK, JJ., Concur.